# Schedule CC

SCHEDULE "CC"
LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-2030      Owner: Encarnacion Rodriguez      Acres: 0.352

BEING 0.352 acres of land located in Porcion No. 83 of the Ancient Jurisdiction of Camargo, said 0.352 acres also being in the Maria Marcela Martinez Survey Abstract No. 130 of Starr County, Texas, said 0.352 acres being out of and a part of 1.42 acre tract of land conveyed to Encarnacion Rodriguez by Partition Deed recorded executed January 18, 1979 and recorded in Volume 427, Page 502, of the Deed Records of Starr County, Texas, the said 0.352 acres is further described by metes and bounds in two parts as follows:

COMMENCING at a 5/8" iron rod found for the northeast corner of a 1.36 acre tract conveyed to Lazaro Rodriguez in above referenced Partition Deed and for the southeast corner of Tract Four (18.1 acres) as claimed by the Heirs of Alfredo Rodriguez by Affidavit recorded in Volume 434, Page 202 of said Deed Records;

THENCE North 84° 39' 43" West along the south line of said Tract Four, at 543.00 feet to the northeast corner of the said 1.42 acre tract, then continue on the bearing with the north line of the 1.42 acre tract for a distance of 90.98 feet, (total distance 633.98 feet) to a 5/8" iron rod with a plastic cap stamped "RODS" set in the proposed north right of way line of the Rio Grande Valley Border Fence (R.G.V.B.F.) for POINT OF BEGINNING of the herein described 0.352 acres, having Texas State Plane coordinates of N = 16,644,321.64 and E = 894,222.43, said bearings, distances, and coordinate values shown herein are based on the State Plane Coordinate System of Texas, South Zone (4205), North American Datum of 1983, with the CORS96 adjustment, the distances and coordinates shown are grid values and may be converted to surface values using a combined scale factor of 1.00004 (grid x 1.00004 = surface), the area shown has been calculated using grid values:

THENCE along the proposed north right of way line of the R.G.V.B.F. as follows for the next 3 calls:

1. South 02° 30' 09" West for a distance of 163.35 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle corner,

2. South 36° 59' 03" East for a distance of 61.11 feet to a 5/8" iron rod for an angle corner,

3. THENCE South 77° 38' 30" East for a distance of 27.66 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set in the east line of the said 1.42 acre tract and in the west line of another 1.42 acre tract conveyed to Raymond Victor

Martinez by deed recorded in Volume 1118, Page 222, of the Official Records of Starr County, Texas;

THENCE South 09° 12' 17" West along the common line of the two 1.42 acre tracts for a distance of 60.09 feet to a point on the proposed south right of way line of the R.G.V.B.F.;

THENCE along the proposed south right of way line of the R.G.V.B.F. as follows for the next 2 calls:

1.  North 77° 38' 30" West for a distance of 53.19 feet to an angle point,

2.  North 36° 59' 03" West for a distance of 101.42 feet to a point in the west line of the Rodriguez 1.42 acre tract and in the east line of a 127.941 acre tract conveyed to the United States of America by deed recorded in Volume 709, page 477, of said Official Public Records;

THENCE North 09° 23' 35" East with the common line of said 1.42 acre tract and the said 127.941 acre tract for a distance of 190.66 feet to the northwest corner of said 1.42 acre tract;

THENCE South 84° 39' 43" East along the north line of said 1.42 acre tract and the said Tract Four for a distance of 34.97 feet to the POINT OF BEGINNING, said described tract of land containing 0.352 acres, more or less.

# Schedule DD

SCHEDULE "DD"



<span style="color:red">LAND TO BE CONDEMNED</span>

# Schedule CC

SCHEDULE "CC"
LEGAL DESCRIPTION


Starr County, Texas


Tract:  RGV-RGC-2047         Owner: Heirs of Alfredo Rodriguez         Acres: 0.020


BEING 0.020 acres of land located in Porcion No. 83 of the Ancient Jurisdiction of Camargo, said 0.020 acres also being in the Maria Marcela Martinez Survey Abstract No. 130 of Starr County, Texas, said 0.020 acres being out of and a part of Tract Four (called 10.4 acres) as claimed by the Heirs of Alfredo Rodriguez by an affidavit made by Roberto Rodriguez to The Public, said affidavit executed August 13, 1980 and recorded in Volume 434, Page 202, of the Deed Records of Starr County, Texas, the said 0.020 acres is further described by metes and bounds in two parts as follows:

COMMENCING at a point in the east line of a 127.941 acre tract of land conveyed to the United States of America by deed executed May 16, 1994 and recorded in Volume 709, Page 477, of the Official Records of Starr County, Texas, said point being the northwest corner of Tract Four as described in the aforementioned affidavit, a found 5/8" iron rod bears South 86° 42' East a distance of 8.54 feet from said point;

THENCE South 09° 23' 35" West along the west line of Tract Four and the 127.941 acre tract for a distance of 761.18 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set in the proposed north right of way line of the Rio Grande Valley Border Fence (R.G.V.B.F.) for POINT OF BEGINNING of the herein described 0.020 acres, having Texas State Plane coordinates of N = 16,644,350.89 and E = 894,191.91;

THENCE South 84° 07' 28" East along the proposed north right of way line of the R.G.V.B.F. for a distance of 31.82 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle corner;

THENCE South 02° 30' 09" West continuing with the proposed right of way line of the R.G.V.B.F. for a distance of 26.02 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set in the south line of said Tract Four and in the north line of a 1.42 acre tract conveyed to Encarnacion Rodriguez by deed recorded in Volume 427, Page 502, of said Deed Records;

THENCE North 84° 39' 43" West with the common line of Tract Four and the said 1.42 acre tract for a distance of 34.97 feet to a point in the east line of the said 127.941 acre tract and for the southwest corner of Tract Four and for the northwest corner of said 1.42 acre tract;

THENCE North 09° 23' 35" East along the common line of Tract Four and the 127.941 acre tract for a distance of 26.35 feet, to the POINT OF BEGINNING, said described tract of land containing 0.020 acres, more or less.

# Schedule DD

SCHEDULE "DD" Continued



<span style="color:red">LAND TO BE CONDEMNED</span>

SCHEDULE "DD" Continued



STARR COUNTY, TEXAS
MARIA MARCELA MARTINEZ SURVEY,
ABSTRACT NO. 130
CAMARGO, PORCION 93

DETAIL "A"
0-1020
NOT TO SCALE

SCALE 1" = 400'

| PROJECT NO: 108-20359-000 | RIO GRANDE VALLEY | | CALC. ACRES | 10.4 |
| DATE: AUGUST 2008 | BORDER FENCE | | ACQUIRED ACRES | 0.020 |
| SCALE: 1" = 400' | RGV-RGC-2347 | | REMAINING ACRES | 10.380 |
| FILE: RGV-RGC-2047A/F00247A | LAND SURVEY 0.020 ACRES | | | |
| DRAWN BY: JB | HEIRS OF ALFREDO RODRIGUEZ | | | |
| CHECKED BY: SM | U.S. ARMY CoE CONTRACT NO. | Surveying, inc. | 6810 LEE ROAD | |
| SHEET 2 OF 2 | W9126G-07-D-0010 (05-16-08) | | SPRING, TEXAS 77379 | |
| | RIO GRANDE CITY | | TEL. (281) 257-4020 | |
| | STARR COUNTY, TEXAS | | FAX (281) 257-4021 | |

LAND TO BE CONDEMNED

# Schedule EE

SCHEDULE "EE"
ESTATE TAKEN

FEE, EXCLUDING MINERALS

Tract: RGV-RGC-2030
Owner: Encarnacion Jesus Rodriguez, et al
Acres: 0.352

Tract: RGV-RGC-2047
Owner: Heirs of Alfredo Rodriguez
Acres: 0.020

The estate taken is fee simple, subject to existing easements for public roads and

highways, public utilities, railroads and pipelines; excepting and excluding all interests in

minerals and the rights appurtenant thereto; reserving the following rights and interests in

the property being acquired by the United States as described herein: a perpetual right-of-

way on both sides of the Federal border barrier for the purpose of gaining access to

condemnee's land on the other side of the border barrier; and, the United States grants to

the condemnee a perpetual right-of-way across other lands of the United States along and

on both sides of the border barrier to reach and utilize the nearest border barrier gate for

the purpose of accessing condemnee's lands on the other side. The purpose of this

provision is to clarify that the United States is not prohibiting access to condemnee's

remaining lands between the border barrier and the Rio Grande River, but is providing a

permanent right-of-way to condemnee and all landowners similarly situated to access the

nearest border barrier gate which allows entry to the other side of the border barrier from

which unacquired land can be accessed.


The estate taken excepts and excludes all interests in minerals and in water distribution

and drainage systems, provided that any surface rights arising from the excluded interests

in water distribution and drainage systems are subordinated to the construction,

operation, and maintenance of the border barrier.

# Schedule GG

SCHEDULE "GG"

NAMES AND ADDRESSES OF INTERESTED PARTIES:

**TRACT RGV-RGC-2030:**

Encarnacion J. and Fidela O. Rodriguez (Husband and Wife)
███████████████████████
Rio Grande City, TX  78582
(By virtue of Partition Deed recorded in Vol. 427, page 502, Starr County, Texas)


**TRACT RGV-RGC-2047:**

Maria Manuelita Olivarez
Individually and as Independent Executor of the Estate of Esther R. Alvarado
████████████████
Santa Elena, Texas  78591
(Heir to Esther Alvarado by virtue of Probate No. PR-10-46, Probate Records of
Starr County, Texas and heir to Daniel Alvarado)

Lucia A. Garza
███████████
Santa Elena, Texas 78591
(Heir to Esther Alvarado by virtue of Probate No. PR-10-46, Probate Records of
Starr County, Texas and heir to Daniel Alvarado)

Alma A. Adam
██████████████
Delmita, Texas  78536
(Heir to Esther Alvarado by virtue of Probate No. PR-10-46, Probate Records of
Starr County, Texas and heir to Daniel Alvarado)

Alicia A. Perez
█████████████████
Corpus Christi, Texas  78412
(Heir to Esther Alvarado by virtue of Probate No. PR-10-46, Probate Records of
Starr County, Texas and heir to Daniel Alvarado)

Carolina A. Kriticos
█████████████
Delmita, Texas  78536
(Heir to Esther Alvarado by virtue of Probate No. PR-10-46, Probate Records of
Starr County, Texas and heir to Daniel Alvarado)

David D. Alvarado

▉▉▉▉▉▉▉▉

Delmita, Texas  78536
(Heir to Esther Alvarado by virtue of Probate No. PR-10-46, Probate Records of
Starr County, Texas and heir to Daniel Alvarado)

Maria Graciela Bennack

▉▉▉▉▉▉▉▉▉

Lyford, Texas  78569
(Heir to Esther Alvarado by virtue of Probate No. PR-10-46, Probate Records of
Starr County, Texas and heir to Daniel Alvarado)

Felix Alvarado

▉▉▉▉▉▉▉▉

Delmita, Texas  78536
(Heir to Esther Alvarado by virtue of Probate No. PR-10-46, Probate Records of
Starr County, Texas and heir to Daniel Alvarado)

Petra Alvarez, Individually and as Trustee

▉▉▉▉▉▉▉▉

Santa Elena, Texas  78591
(By virtue of Warranty Deed from Ascencio Rojas to Petra R. Alverez, as trustee et
al, recorded in Vol. 685, page 595, Starr County Deed Records, Starr County,
Texas)

Gloria R. Villarreal

▉▉▉▉▉▉▉▉

Delmita, Texas  78536
(By virtue of Warranty Deed from Ascencio Rojas to Petra R. Alverez, as trustee et
al, recorded in Vol. 685, page 595, Starr County Deed Records, Starr County,
Texas)

Rebecca Garza

▉▉▉▉▉▉▉▉

Delmita, Texas  78536
(By virtue of Warranty Deed from Ascencio Rojas to Petra R. Alverez, as trustee et
al, recorded in Vol. 685, page 595, Starr County Deed Records, Starr County,
Texas)

Rosita R. Stillman, f.k.a. Rosita R. Laurel

▉▉▉▉▉▉▉▉

Pharr, Texas  78577
(By virtue of Warranty Deed from Ascencio Rojas to Petra R. Alverez, as trustee et
al, recorded in Vol. 685, page 595, Starr County Deed Records, Starr County,
Texas)

Dolores R. Cavazo aka Maria Dolores Cavazos

████████████████████

Clute, Texas  77531
(By virtue of Warranty Deed from Ascencio Rojas to Petra R. Alverez, as trustee et al, recorded in Vol. 685, page 595, Starr County Deed Records, Starr County, Texas)

Esperanza Balli nka Esperanza Juarez

████████████████████

San Antonio, Texas 78250
(By virtue of Deed from Alfredo Rodriguez to Roberto Rodriguez et al. recorded in Vol. 275, page 125, and by virtue of Warranty Deed from Lucia R. Garza to Eduardo and wife Esperanza Juarez, recorded in Vol. 1045, page 423, Deed Records of Starr County, Texas)

Eduardo Juarez

████████████████████

San Antonio, Texas 78250
(By virtue of Warranty Deed from Lucia R. Garza to Eduardo and wife Esperanza Juarez, recorded in Vol. 1045, page 423, Deed Records of Starr County, Texas)

Ignacio Balli

████████████████████

San Antonio, Texas  78219-1959
(By virtue of Deed from Alfredo Rodriguez to Roberto Rodriguez et al. recorded in Vol. 275, page 125, Deed Records of Starr County, Texas)

Roberto Rodriguez, Jr.

████████████████████

Corpus Christi, Texas  78415
(By virtue of Deed from Roberto Rodriguez, Sr., to Roberto Rodriguez Jr. et al, Recorded in Vol. 479, page 247, by virtue of Deed from Alfredo Santos Rodriguez to Roberto Rodriguez, recorded in. 1072, page 834, and by virtue of Affidavit of Heirship recorded in Vol. 1232, page 834, Official Records of Starr County, Texas)

David Rodriguez

████████████████████

Corpus Christi, Texas  78415
(By virtue of Deed from Roberto Rodriguez, Sr., to Roberto Rodriguez Jr. et al, Recorded in Vol. 479, page 247, by virtue of Deed from Alfredo Santos Rodriguez to Roberto Rodriguez, recorded in. 1072, page 834, and by virtue of Affidavit of Heirship recorded in Vol. 1232, page 834, Official Records of Starr County, Texas)

Roel Rodriguez

████████████████

Corpus Christi, Texas  78416
(By virtue of Deed from Roberto Rodriguez, Sr., to Roberto Rodriguez Jr. et al,
Recorded in Vol. 479, page 247, by virtue of Deed from Alfredo Santos Rodriguez
to Roberto Rodriguez, recorded in. 1072, page 834, and by virtue of Affidavit of
Heirship recorded in Vol. 1232, page 834, Official Records of Starr County, Texas)

Sandra Rodriguez

████████████████

Corpus Christi, Texas 78415
(By virtue of Deed from Roberto Rodriguez, Sr., to Roberto Rodriguez Jr. et al,
Recorded in Vol. 479, page 247, by virtue of Deed from Alfredo Santos Rodriguez
to Roberto Rodriguez, recorded in. 1072, page 834, and by virtue of Affidavit of
Heirship recorded in Vol. 1232, page 834, Official Records of Starr County, Texas)

Edward Rodriguez

████████████

San Antonio, Texas  78251
(By virtue of Deed from Roberto Rodriguez, Sr., to Roberto Rodriguez Jr. et al,
Recorded in Vol. 479, page 247, by virtue of Deed from Alfredo Santos Rodriguez
to Roberto Rodriguez, recorded in. 1072, page 834, and by virtue of Affidavit of
Heirship recorded in Vol. 1232, page 834, Official Records of Starr County, Texas)

Edna P. Rodriguez, Independent Executor of the Will and Estate of Noe Rodriguez

████████████████

Corpus Christi, Texas  78415
(By virtue of Last Will and Testament and Order Admitting Will Case No. 2015-
PR-00188-2 of Noe Rodriguez recorded in Document 2015018123 in Nueces
County, Texas)

Guadalupe Corona De Rodriguez
Unknown Address
(By virtue of Affidavit of Heirship for Alfredo Rodriguez, Jr., recorded in Vol. 434,
page 202, Deed Records of Starr County, Texas)

Consuelo Rodriguez Hinojosa

██████████████

Rio Grande City, Texas  78582
(By virtue of Affidavit of Heirship of Alfredo Rodriguez Jr., recorded in Vol. 434,
page 202, Deed Records of Starr County, Texas)

Alberto Rodriguez

Rio Grande City, Texas  78582
(By virtue of Affidavit of Heirship of Alfredo Rodriguez Jr., recorded in Vol. 434, page 202, Deed Records of Starr County, Texas)

Clemencia Garcia Rodriguez

Rio Grande City, Texas  78582
(Heir to Alejandro Rodriguez, who was an heir to Alfredo Rodriguez, Jr. by virtue of Affidavit of Heirship of Alfredo Rodriguez Jr., recorded in Vol. 434, page 202, Deed Records of Starr County, Texas)

Alejandro Rodriguez Jr.

La Grulla, Texas  78548
(Heir to Alejandro Rodriguez, who was an heir to Alfredo Rodriguez, Jr. by virtue of Affidavit of Heirship of Alfredo Rodriguez Jr., recorded in Vol. 434, page 202, Deed Records of Starr County, Texas)

Jorge Rodriguez

Rio Grande City, Texas 78582
(Heir to Alejandro Rodriguez, who was an heir to Alfredo Rodriguez, Jr. by virtue of Affidavit of Heirship of Alfredo Rodriguez Jr., recorded in Vol. 434, page 202, Deed Records of Starr County, Texas)

Gabriel Rodriguez

Rio Grande City, Texas  78582
(Heir to Alejandro Rodriguez, who was an heir to Alfredo Rodriguez, Jr. by virtue of Affidavit of Heirship of Alfredo Rodriguez Jr., recorded in Vol. 434, page 202, Deed Records of Starr County, Texas)

Maricela Marroquin

Rio Grande City, Texas  78582
(Heir to Alejandro Rodriguez, who was an heir to Alfredo Rodriguez, Jr. by virtue of Affidavit of Heirship of Alfredo Rodriguez Jr., recorded in Vol. 434, page 202, Deed Records of Starr County, Texas)

Antonio Requenez

Delmita, Texas  78536
(Heir to Elena Requenez)

Ma De Jesus Requenez Urquidez aka Maria de Jesus Urguidez
██████████████████
Pluggerville, Texas 78660
(Heir to Elena Requenez)

Teresa Requenez aka Teresa R. Contreras
Unknown Address
McAllen, Texas
(Heir to Elena Requenez)

Elsa Requenez Whittenburg
████████████████████
McAllen, Texas  78501
(Heir to Elena Requenez)

Antonio Requenez, Jr.
█████████████████
Rio Grande City, Texas  78582
(Heir to Elena Requenez)

George Requenez
███████████
Santa Elena, Texas  78591
(Heir to Elena Requenez)

Joe Requenez aka Jose Javier Requenez
████████████
Delmita, Texas  78536
(Heir to Elena Requenez)

Alberto Requenez
█████████████
San Isidro, Texas  78588
(Heir to Elena Requenez)

**FOR SUBORDINATION PURPOSES ONLY TRACT RGV-RGC-2030**

W.B. Osborn Jr., Registered Agent
The Altex Corporation, or its successors and/or assigns
5168 Broadway
San Antonio, Texas  78209-5710
(Right of Way Agreement, File No. 38919, Vol. 191, page 301)

CT Corporation System, Registered Agent
BHP BILLITON PETROLEUM, INC. Successor to Clinton Oil Company
1999 Bryan Street, Ste. 900
Dallas, Texas  75201-3136
(Easement Vol. 348, page 723)

Gustavo Escobar, Registered Agent
El Tanque Water Supply Corporation
17 Country Estates Drive
Rio Grande City, Texas  78582
(Right of Way Easement, Vol. 1209, page 388)

Central Power and Light Company

(Easements Vol 195, page 117; Vol 213, page 117; Vol 57, page 247)

**FOR SUBORDINATION PURPOSES ONLY TRACT RGV-RGC-2047**

Corporation Service Company d.b.a. CSC, Registered Agent
Gulf Energy Pipeline, LLC, successor in interest to Intrastate Gathering Corporation
211 E. 7th Street, Suite 620
Austin, Texas  78701-3218
(Easement recorded in Vol. 386, page 298)

George Labar, successors and/or assigns
Unknown address
(Contract and Agreement recorded in Vol. 322, page 487)