IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:08-CV-249 |
| 0.27 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, TEXAS; AND ENCARNACION JESUS, RODRIGUEZ, ET AL., | § § § § § § | |
| *Defendant.* | § | |

## WAIVER OF SERVICE OF JUDICIAL PROCESS

**TO: CHRISTOPHER D. PINEDA**
Assistant United States Attorney
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520

I acknowledge receipt of your request that I waive service of judicial process in the action of United States of America versus 0.27 Acres of Land, which is case number 7:08-cv-249 in the United States District Court for the Southern District of Texas, Brownsville Division. I have also received a copy of the Notice of Condemnation, and an addressed, postage-free envelope by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 and Rule 71.1, Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the Notice of Condemnation or in the service thereof.

I also understand that pursuant to Rule 71.1 of the Federal Rules of Civil Procedures I, or the entity I represent, may file a notice of appearance if I have no objection or defense to the taking of the condemned lands. In the alternative, if I have an objection or defense to said taking, I must serve an answer within 21 days from service upon me by execution of this waiver, and that I will deemed to have waived all such defenses or objections that are not stated in said answer.

By: _Gloria R Villarreal_
**GLORIA R. VILLARREAL**

_GLORIA R VILLARREAL_
**PRINTED NAME**

_3-6-17_
**DATE OF SIGNATURE**